UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
HILL WALLACK LLP
Andrew L. Unterlack, Esquire
1415 Route 70 East, Suite 309
Cherry Hill, New Jersey 08034
Phone: (856) 616-8086
Email: aunterlack@hillwallck.com
Attorneys for Village Grande at English Mill Homeowners Association, Inc.

In Re:

Elinor Loewenstern,

   Debtor.

Case No.: 25-16647

Chapter: 13

Hearing Date: September 3, 2025

Judge: JNP

## CERTIFICATION CONCERNING PROPOSED ORDER

I, __Andrew L. Unterlack, Esq.__, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled __Objection to Confirmation of Plan__ filed on __August 25, 2025 (Doc. 22)__:

### Orders to be Submitted

1.) ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☐ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ☒ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

5.) ☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Andrew B. Finberg, Esq. | ☒ Trustee |
|  | ☐ U.S. Trustee |
|  |  |
| Andrew M. Carroll, Esq. | Debtor's Attorney |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date:  08/28/2025

/s/ Andrew L. Unterlack
Signature

*new.8/1/2024*

2