| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Andrew L. Unterlack, Esquire<br>1415 Route 70 East, Suite 309<br>Cherry Hill, New Jersey 08034<br>Phone: (856) 616-8086<br>Email: aunterlack@hillwallack.com<br>*Attorneys for Village Grande at English Mill Homeowners Association, Inc.* | Order Filed on September 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Elinor Loewenstern,<br><br>              Debtor. | Case No.: 25-16647 (JNP)<br>Chapter 13<br>Judge: Jerrold N. Poslusny, Jr., U.S.B.J.<br>Hearing: September 3, 2025 at 9:00 a.m. |

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Elinor Loewenstern
Case No: 25-16647 (JNP)
Caption: Order Resolving Objection to Confirmation of the Debtor's Chapter 13 Plan

THIS MATTER having been opened to the Court by Andrew M. Carroll, attorney for debtor, Elinor Loewenstern ("Debtor") upon the filing of a Chapter 13 Plan on June 23, 2025 (Doc 4) and Hill Wallack LLP, attorneys for Creditor, Village Grande at English Mill Homeowners Association, Inc. (the "Association"), having filed an Objection to the Confirmation of the Debtor's Chapter 13 Plan, and the parties consenting to the entry of the within order; it is hereby

**ORDERED** that,

1. The Association's Objection to Confirmation of the Debtor's Plan is resolved on the conditions and terms stated herein.

2. The secured claim of the Association in the amount of $4,554.00 shall be paid in full through the Debtor's Chapter 13 Plan, and the Debtor shall pay the regular post-petition monthly assessments (currently in the amount of $240.00 monthly and subject to change) and any other fees which come due to the Association outside of the plan.

3. Debtor's Chapter 13 Plan is hereby amended with respect to the Association pursuant to the terms herein, and this Order is hereby incorporated in and a part of any Order confirming the plan in the within case.