| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Andrew L. Unterlack, Esquire<br>1415 Route 70 East, Suite 309<br>Cherry Hill, New Jersey 08034<br>Phone: (856) 616-8086<br>Email: aunterlack@hillwallack.com<br>*Attorneys for Village Grande at English Mill Homeowners Association, Inc.* | Order Filed on September 8, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Elinor Loewenstern,<br><br>                Debtor. | Case No.: 25-16647 (JNP)<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny, Jr., U.S.B.J.<br><br>Hearing: September 3, 2025 at 9:00 a.m. |

# ORDER RESOLVING OBJECTION TO CONFIRMATION
# OF DEBTOR'S PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 8, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page | 2**
Debtor: Elinor Loewenstern
Case No: 25-16647 (JNP)
Caption: Order Resolving Objection to Confirmation of the Debtor's Chapter 13 Plan

THIS MATTER having been opened to the Court by Andrew M. Carroll, attorney for debtor, Elinor Loewenstern ("Debtor") upon the filing of a Chapter 13 Plan on June 23, 2025 (Doc 4) and Hill Wallack LLP, attorneys for Creditor, Village Grande at English Mill Homeowners Association, Inc. (the "Association"), having filed an Objection to the Confirmation of the Debtor's Chapter 13 Plan, and the parties consenting to the entry of the within order; it is hereby

**ORDERED** that,

1. The Association's Objection to Confirmation of the Debtor's Plan is resolved on the conditions and terms stated herein.

2. The secured claim of the Association in the amount of $4,554.00 shall be paid in full through the Debtor's Chapter 13 Plan, and the Debtor shall pay the regular post-petition monthly assessments (currently in the amount of $240.00 monthly and subject to change) and any other fees which come due to the Association outside of the plan.

3. Debtor's Chapter 13 Plan is hereby amended with respect to the Association pursuant to the terms herein, and this Order is hereby incorporated in and a part of any Order confirming the plan in the within case.

4900-1233-2643, v. 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 25-16647-JNP
Elinor Loewenstern                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Sep 08, 2025    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

**Recip ID    Recipient Name and Address**
db    + Elinor Loewenstern, 223 Lily Rd, Egg Harbor Township, NJ 08234-8424

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

**Name    Email Address**

Andrew B Finberg
    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew L. Unterlack
    on behalf of Creditor Village Grande at English Mill Homeowners Association  Inc. aunterlack@hillwallack.com

Andrew M. Carroll
    on behalf of Debtor Elinor Loewenstern AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com

Denise E. Carlon
    on behalf of Creditor CrossCountry Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7