STEVEN KELLY, ESQ.
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (CAMDEN DIVISION)

| | |
|---|---|
| In Re:<br><br>Elinor Loewenstern<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 25-16647-JNP<br><br>Hearing: **October 21, 2025 at 11:00 a.m.**<br><br>Judge: Jerrold N. Poslusny, Jr. |

## CERTIFICATE OF SERVICE

1. I, Steven Kelly, ESQ., am the attorney representing the Movant in the within Motion for Relief from Automatic Stay under §362(a) and the co-debtor stay pursuant to §1301 of CrossCountry Mortgage, LLC.

2. On October 24, 2025 I caused the following documents: *Order Granting Motion for Relief from the Automatic Stay and this Certificate* to be sent to the following parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below in the manner indicated.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                      Respectfully Submitted:

                                By:    */s/ Steven Kelly, ESQ.*
                                          Steven Kelly, ESQ.
                                          Stern & Eisenberg, PC
                                          Counsel for Movant

Date: October 24, 2025

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg, Esquire<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Andrew M. Carroll, Esquire<br>427 N Packard St.<br>Hammonton, NJ 08037 | Debtor Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Elinor Loewenstern<br>223 Lily Rd<br>Egg Harbor Township, NJ 08234 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| U.S. Trustee, Esquire<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Kenneth M. Loewenstern<br>223 Lily Rd<br>Egg Harbor Township, NJ 08234 | Non-Filing Co-Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |