UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Carroll
427 N. Packard St
Hammonton, NJ 08037
AMC/0842
AndrewCarrollEsq@gmail.com
(856) 426-9815

In re:
    **Elinor Loewenstern**

Case No.: **25-16647**

Chapter: **13**

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

## CERTIFICATION OF SERVICE

1. I, **Andrew Carroll**:

    ☑ represent **Andrew Carroll** in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **January 15, 2026**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Modified Chapter 13 Plan, Plan Transmittal Form and (present) Certificate of Service**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **January 15, 2026**

/s/ Andrew Carroll
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Asaph Abrams**<br>**ALDRIDGE PITE, LLP**<br>**3333 Camino del Rio**<br>**South, Suite 225**<br>**San Diego, CA 92108** | Notice - Agent for Notice | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Cross Country Mortgage**<br>**1 Corporate Drive**<br>**Suite 360**<br>**Lake Zurich, IL 60047**<br>**AND**<br>**Denise Carlon, Esq**<br>**KML Law Group, P.C.**<br>**701 Market Street, Suite 500**<br>**Philadelphia, Pa. 19106** | Secured creditor and counsel | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Egg Harbor Township MUA**<br>**3515 Bargaintown Rd**<br>**Egg Harbor Township, NJ 08234**<br>**AND**<br>**Egg Harbor Township Tax Collector**<br>**3515 Bargaintown Road**<br>**Egg Harbor Township, NJ 08234** | **Secured creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Capital One Auto**<br>**PO Box 60511**<br>**City of Industry, CA 91716** | Secured creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF) |

| | | |
|---|---|---|
| AND<br>Capital One<br>PO Box 4069<br>Carol Stream, IL 60197 | Unsecured General Creditor | ☐ Other ___<br>(as authorized by the court *) |
| IRS<br>PO Box 7317<br>Philadelphia, PA 19101 | Priority Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Little Egg Harbor Municipal Court<br>665 Radio Road<br>Little Egg Harbor, NJ 08087 | General Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Mariner Finance, LLC<br>8110 Town Center Drive<br>Nottingham, MD 21236 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Mercury<br>700 22nd Avenue South<br>Brookings, SD 57006 | General Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Merrick Bank<br>PO Box 660203<br>Dallas, TX 75266 | General Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Morgan, Bernstein & Morgan<br>1236 Brace Rd<br>Suite K<br>Cherry Hill, NJ 08034 | General Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered |

rev. 8/1/15

| Name and Address | Role | Method |
|---|---|---|
| **New Jersey Water**<br>**1025 Laurel Oak Rd**<br>**Voorhees, NJ 08043** | General Unsecured Creditor | ☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **South Jersey Gas**<br>**PO Box 6091**<br>**Bellmawr, NJ 08099** | General Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Swift Financial Services**<br>**2221 North First Street**<br>**San Jose, CA 95131** | General Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **TD Bank**<br>**7000 Target Parkway N**<br>**Mail Stop NCD-0450**<br>**Minneapolis, MN 55445** | General Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **The Village Grand at English Creek -**<br>**1 Village Grande Rd**<br>**Egg Harbor Township, NJ 08234**<br>**AND**<br>**Hill Wallack, LLP**<br>**1415 Route 70, Suite 309**<br>**Cherry Hill, NJ 08034** | Secured creditor and counsel | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **US Attorney**<br>**DOJ**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Priority Creditor - Notice | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **US Attorney, DNJ**<br>**970 Broad Street**<br>**7th floor**<br>**Newark, NJ 07102** | Priority Creditor - Notice | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

rev. 8/1/15

| | | |
|---|---|---|
| | | ☐ Other ___<br>(as authorized by the court *) |
| **US HUD**<br>**26 Federal Plaza**<br>**Suite 3541**<br>**New York, NY 10278** | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.