Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−16647−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elinor Loewenstern
   223 Lily Rd
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−2140

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/22/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 22, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-16647-JNP |
| Elinor Loewenstern | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 22, 2026 | Form ID: 148 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elinor Loewenstern, 223 Lily Rd, Egg Harbor Township, NJ 08234-8424 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520703365 | | Egg Harbor Township MUA, 2515 Bargaintown Rd, Egg Harbor Township, NJ 08234 |
| 520703366 | + | Egg Harbor Township Tax Collector, 3515 Bargaintown Road, Egg Harbor Township, NJ 08234-8321 |
| 520703370 | + | Little Egg Harbor Municipal Court, 665 Radio Road, Little Egg Harbor, NJ 08087-1892 |
| 520703375 | + | New Jersey Water, 1025 Laurel Oak Rd, Voorhees, NJ 08043-3506 |
| 520703377 | + | Swift Financial Services, 2221 North First Street, San Jose, CA 95131-2021 |
| 520703379 | + | The Village Grand at English Creek -, 1 Village Grande Rd, Egg Harbor Township, NJ 08234-8435 |
| 520703382 | + | US Attorney, DNJ, 970 Broad Street, 7th floor, Newark, NJ 07102-2527 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2026 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2026 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520723800 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:21:30 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520703363 | + | EDI: CITICORP | Jan 23 2026 01:50:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520703361 | + | EDI: CAPITALONE.COM | Jan 23 2026 01:50:00 | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520703362 | + | EDI: CAPONEAUTO.COM | Jan 23 2026 01:50:00 | Capital One Auto, PO Box 60511, City of Industry, CA 91716-0511 |
| 520709102 | + | EDI: AISACG.COM | Jan 23 2026 01:50:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520781680 | + | EDI: AISACG.COM | Jan 23 2026 01:50:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520709125 | + | EDI: AIS.COM | Jan 23 2026 01:50:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520791115 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 22 2026 21:09:00 | CrossCountry Mortgage, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box |

Case 25-16647-JNP    Doc 40    Filed 01/24/26    Entered 01/25/26 00:17:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: 148 | Total Noticed: 38 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 619096, Dallas TX 75261-9096 |
| 520703364 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 22 2026 21:09:00 | Cross Country Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520703367 | | Email/Text: bankruptcycourts@equifax.com | Jan 22 2026 21:09:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 520703368 | ^ | MEBN | Jan 22 2026 21:06:09 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 520703369 | + | EDI: IRS.COM | Jan 23 2026 01:50:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 520774027 | | EDI: JEFFERSONCAP.COM | Jan 23 2026 01:50:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520726142 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 21:21:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520791737 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 22 2026 21:09:00 | Mariner Finance, 8110 Corporate Drive, Nottingham, MD 21236-5034 |
| 520703371 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 22 2026 21:09:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520703372 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 22 2026 21:09:00 | Mercury, 700 22nd Avenue South, Brookings, SD 57006-2822 |
| 520703373 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 21:21:12 | Merrick Bank, PO Box 660203, Dallas, TX 75266-0203 |
| 520725082 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 22 2026 21:09:00 | Nationstar Mortgage LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520942191 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 22 2026 21:10:00 | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 520724583 | | EDI: PRA.COM | Jan 23 2026 01:50:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520703376 | ^ | MEBN | Jan 22 2026 21:06:31 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 520703378 | + | EDI: WTRRNBANK.COM | Jan 23 2026 01:50:00 | TD Bank, 7000 Target Parkway N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 520703380 | ^ | MEBN | Jan 22 2026 21:05:40 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 520703381 | ^ | MEBN | Jan 22 2026 21:06:21 | US Attorney, DOJ, 950 Pennsylvania Avenue NW, Washington, DC 20530-0009 |
| 520705413 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 22 2026 21:21:40 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520790765 | ^ | MEBN | Jan 22 2026 21:07:07 | Village Grande at English Mill Homeowners Associat, c/o Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520703374 | ##+ | Morgan, Bernstein & Morgan, 1236 Brace Rd, Suite K, Cherry Hill, NJ 08034-3229 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Unterlack | on behalf of Creditor Village Grande at English Mill Homeowners Association Inc. aunterlack@hillwallack.com |
| Andrew M. Carroll | on behalf of Debtor Elinor Loewenstern AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9